1  **WAJDA LAW GROUP, APC**
   Nicholas M. Wajda (Cal. Bar No. 259178)
2  6167 Bristol Parkway
   Suite 200
3  Culver City, California 90230
   +1 310-997-0471
4  nick@wajdalawgroup.com

5

6  *Attorney for the Plaintiff*

7  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**

|   |   |
|---|---|
| SHEILA GREEN, | Case No. 2:19-cv-08409-SK |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| MICHAEL & ASSOCIATES, PC, | |
| Defendant. | |

PLEASE TAKE NOTICE that SHEILA GREEN (the "Plaintiff") and MICHAEL & ASSOCIATES, PC (the "Defendant"), hereby notify the Court the parties have reached settlement, and are in process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: October 30, 2019                          Respectfully submitted,

                                                 **SHEILA GREEN**

                                                 By: */s/ Nicholas M. Wajda*

                                                 Nicholas M. Wajda
                                                 **WAJDA LAW GROUP, APC**
                                                 6167 Bristol Parkway
                                                 Suite 200
                                                 Culver City, California 90230
                                                 +1 310-997-0471
                                                 nick@wajdalawgroup.com