Nicholas M. Wajda (Cal. Bar No. 259178)
**WAJDA LAW GROUP, APC**
6167 Bristol Parkway, Suite 200
Culver City, California 90230
+1 310-997-0471
nick@wajdalawgroup.com

*Attorney for the Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA GREEN,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL & ASSOCIATES, PC,<br><br>Defendant. | Case No. 2:19-cv-08409-SK<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOW COMES the Plaintiff, SHEILA GREEN, and pursuant to Federal Rule

of Civil Procedure 41(a)(1)(A)(ii) hereby dismissing her claims against Defendant

MICHAEL & ASSOCIATES, PC, with prejudice, with each party to bear their own

attorney's fees and costs.

Dated: December 12, 2019                    Respectfully submitted,

                                            */s/ Nicholas M. Wajda*

                                            Nichola M. Wajda
                                            **WAJDA LAW GROUP, APC**
                                            6167 Bristol Parkway
                                            Suite 200
                                            Culver City, California 90230
                                            +1 310-997-0471
                                            nick@wajdalawgroup.com

1